**Kenneth Ray DENNIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 32535.**

Missouri Court of Appeals,
Western District.

Jan. 25, 1983.

Thomas McBride, Tarkio, Jefferson G. Broady, Rock Port, for appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., and MANFORD and NUGENT, JJ.

ORDER

PER CURIAM:

Appeal from judgment denying post-conviction relief pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).